

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00341-CR

Israel Ytuarte **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR2310
Honorable Mary D. Román, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

This court's opinion and judgment dated October 2, 2013 are WITHDRAWN. The State's motion for rehearing is DENIED. In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this cause is REMANDED to the trial court with instructions for the State to reoffer a ten-year plea bargain to Appellant and for further proceedings consistent with this opinion.

SIGNED February 5, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice